JAMES HARRISON, Respondent, *v.* WASHINGTON MARINE INSURANCE COMPANY, Appellant.

1. Marshall and Kilpatrick v. Thames Ins. Co., *ante,* p. 586, cited and affirmed.

*Appeal from St. Louis Circuit Court.*

This case was submitted on briefs and argument in Marshall and Kilpatrick v. The Thames Fire Ins. Co., *ante*, p. 586.

*Gantt, Knox*, and *Rankin,* for appellant.

*Sharp & Broadhead*, and *Glover & Shepley*, for respondent.

WAGNER, Judge, delivered the opinion of the court.

This case involves the same questions, and the facts are altogether similar to those in the case of Marshall and Kilpatrick v. The Thames Ins. Co., (*ante*, p. 586.)

For the reasons stated in that case, the judgment herein will be affirmed. The other judges concur.